**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1362**

WILLIAM STRASBURG,

Plaintiff - Appellant,

v.

STAFFORD COUNTY SHERIFF'S DEPARTMENT; DAVID P. DECATUR, Sheriff; DEPUTY SIMPSON, Badge #327; DEPUTY AUBRECHT, Badge #361,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:23-cv-00477-CMH-IDD)

Submitted:  October 10, 2024                          Decided:  October 15, 2024

Before WILKINSON and AGEE, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

William Strasburg, Appellant Pro Se.  Debra Schneider Stafford, HUDGINS LAW FIRM, PC, Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Strasburg appeals the district court's order dismissing his action brought pursuant to 42 U.S.C. § 1983. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Strasburg v. Stafford Cnty. Sheriff's Dep't*, No. 1:23-cv-00477-CMH-IDD (E.D. Va. Mar. 5, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*